United States District Court
Southern District of Texas
**ENTERED**
July 30, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| David Allen Snoe,<br>    *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. H-19-1173 |
| Andrew Saul,<br>Commissioner of the Social<br>Security Administration,<br>    *Defendant*. | § § § § § | |

## ORDER OF ADOPTION

On July 14, 2020, Magistrate Judge Peter Bray issued a memorandum and recommendation (D.E. 18), recommending that David Allen Snoe's motion for summary judgment be denied. No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the memorandum and recommendation as this court's opinion. The Commissioner's final decision is affirmed.

Signed at Houston, Texas this **25** day of July, 2020.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE